# United States Bankruptcy Court
## Northern District of Georgia
### Atlanta Division

| | | |
|---|---|---|
| **Re: James P. Atwood** | ] | **Bankruptcy Case # 18-57795** |
| Debtor | ] | **Ch: 7** |
| | ] | **Judge Bonapfel** |

| | | |
|---|---|---|
| **James P. Atwood,** | ] | |
| Movant | ] | **Contested Matter** |
| | ] | |
| | ] | |
| **vs.** | ] | |
| **Willowick Condominium Assoc., Inc.** | ] | |
| Respondant | | |

Filed in U.S. Bankruptcy Court
Atlanta, Georgia
M. Regina Thomas, Clerk

FEB -1 2021

By: /s/ _____
Deputy Clerk

## Motion to For Comtempt of Discharge injunction by Willowick Condominium Assoc., Inc.

**NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST HEARING**

Pursuant to Local Bankruptcy Rules, the Court will consider the relief sought by Movant unless a party in interest files a response within 30 days from the date shown on the Certificate of Service plus 3 days for service by mail.

If you object to the requested relief, you must file a response with the Clerk of the US Bankruptcy Court of the Northern District of GA at Room 1340, 75 Ted Turner Dr., Atlanta, GA 30303and serve it upon all interested parties and all other proper persons in the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify all parties of a hearing, or consider and grant or deny the relief without a hearing.

If you do not file a timely response, the Court will consider that you do not oppose the relief sought, and will proceed to consider the Motion without further notice or hearing, and may grant the requested relief.

Debtor requests entry of an order that **Willowick Condominium Assoc., Inc.** the Creditor, is in contempt of the discharge injunction.

1. On 7 June 2018, Debtor filed a petition for relief under Ch. 7 of the Bankruptcy Code;
2. Debtor Listed his home place at 1 Willowick Dr., Lithonia, GA 30038 as set forth in the plats of the Willowick Condominium Assoc., Inc. as property therein;
3. That debt was properly discharged;
4. Respondent is attempting to collect the discharged debt;

Wherefore, Debtor prays the entry of an order:

a. Granting this motion;
b. Imposing all such other and further relief as the Court deems just and equitable.

Respectfully Submitted this 1st day of February 2021.

_____
James P. Atwood, Debtor
1 Willowick Dr.
Lithonia, GA 30038
770/458-4289

**United States Bankruptcy Court**

**Northern District of Georgia**

**Atlanta Division**

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

2021 FEB -1 PM 1:04

M. REGINA THOMAS
CLERK

| **Re: James P. Atwood** | ] | **Bankruptcy Case # 18-57795** |
|---|---|---|
| Debtor | ] | **Ch: 7** |
| | ] | **Judge Bonapfel** |

| **James P. Atwood,** | ] | |
|---|---|---|
| Movant | ] | **Contested Matter** |
| | ] | |
| | ] | |
| **vs.** | ] | |
| **Willowick Condominium Assoc., Inc.** | ] | |
| Respondant | | |

**Notice of Requirement to Respond to Motion for Contempt of the Discharge Injunction and of Time to File Same**

<u>NOTICE IS HEREWITH GIVEN THAT ON 1 February 2021</u> a motion for contempt Of the discharge injunction was filed in this case.

**NOTICE IS FURTHER GIVEN** that pursuant to bankruptcy local rules, Respondent must file a response with the clerk of this court at 75 Ted Turner Dr., Atlanta GA 30030 and serve a copy of the response upon Movant within thirty(30) days of filing plus 3 days for mail. If no response is timely filed and served, the motion will be deemed unopposed, and the Bankruptcy Court may enter an order granting the relief sought.

This the 1st day of Feb. 2021

*/s/ James P. Atwood*
James P. Atwood, Debtor
1 Wilowick Dr.
Lithonia, GA 30038
770/458-4289

**James Atwood**

1 Feb. 2021

To Whom it May Concern:

My old desk top computer browser is now unable to contact the self calendar page of the bankruptcy court. If a hearing is necessary, I request that it be set by the Court.

Respectfully,

*/s/ James Atwood*

James Atwood

1 Willowick Drive • Stonecrest, Ga. 30038 • (770) 458-4289

United States Bankruptcy Court

Northern District of Georgia

Atlanta Division

| **Re: James P. Atwood** | ] | **Bankruptcy Case #** 18-57795 |
| Debtor | ] | **Ch: 7** |
| | ] | **Judge Bonapfel** |

| **James P. Atwood,** | ] | |
| Movant | ] | **Contested Matter** |
| | ] | |
| | ] | |
| **vs.** | ] | |
| **Willowick Condominium Assoc., Inc.** | ] | |
| Respondant | | |

## Certificate of Service

I, James P. Atwood, the Debtor herein, certify that I am 73 years of age, and that on 2 FebJuly 2021, I served a copy of the within **Notice of Requirement to Respond, and Motion for Contempt** upon respondent at the address shown

| Willowick Condominium Assoc., Inc.<br>c/o Registered Agent: Bill Wetter<br>1230 Johnson Ferry Rd., Suite F-10<br>Marietta, GA  30068 | |
| --- | --- |
| | |

by Certified Mail. Executed on 2 Feb. 2021.   *[signature: James P. Atwood]*