

**IT IS ORDERED as set forth below:**

**Date: February 5, 2021**

_____

**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE:<br><br>JAMES PIKERING ATWOOD,<br>Dba James P. Atwood, Attorney at Law,<br><br>Debtor. | CASE NO. 18-57795-PWB<br><br>CHAPTER 7 |

ORDER AND NOTICE OF NON-EVIDENTIARY HEARING

On February 1, 2021, the Debtor filed a Motion for Contempt of Discharge Injunction by Willowick Condominium Association, Inc., [Doc. 28]. IT IS HEREBY

ORDERED AND NOTICE IS HEREBY GIVEN that the Court shall hold a non-evidentiary hearing on the Debtor's Motion on **February 25, 2021**, at **10:00 a.m.**, in Courtroom 1401, U.S. Courthouse, Richard B. Russell Building, 75 Ted Turner Drive, SW, Atlanta, Georgia.

***Given the current public health crisis, hearings may be telephonic only. Please check the "Important Information Regarding Court Operations During COVID-19 Outbreak" tab at the top of the GANB Website prior to the hearing for instructions on whether to appear in person or by phone."***
http://www.ganb.uscourts.gov/news/public-notice-regarding-court-operations-during-covid-19-outbreak

**ATT TOLL FREE NUMBER:  888-684-8852**

**ACCESS CODE:   1896529**

### END OF ORDER

### Distribution List

**James Pickering Atwood**
1 Willowick Dr.
Lithonia, GA 30038
*dba* James P. Atwood, Attorney at Law

**S. Gregory Hays**
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

**Office of the United States Trustee**
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

**Benjamin Paul Ost**
Dorough & Dorough, LLC
160 Clairemont Avenue
Suite 650
Decatur, GA 30030